**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Special Counsel for Chapter 7 Trustee
Wesley H. Avery

FILED & ENTERED

JAN 20 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>PHILIP JAMES LAYFIELD,<br><br>Debtor. | Case No. 2:18-bk-15829-NB<br><br>Chapter 7 |
| WESLEY H. AVERY, Chapter 7 Trustee for the estate of PHILIP JAMES LAYFIELD,<br><br>Plaintiff,<br><br>v.<br><br>JEANA KEOUGH,<br><br>Defendant. | Adv. 2:20-ap-01688-NB<br><br>**ORDER APPROVING STIPULATION TO EXTEND ANSWER DEADLINE**<br><br><u>Status Conference</u>:<br>Date: March 2, 2021<br>Time: 11:00 a.m. |

The Court having reviewed and considered the Stipulation to Extend Answer Deadline ("Stipulation")[1] filed on January 20, 2021 as Docket #7, and for good cause shown,

IT IS ORDERED:

1. The Stipulation is approved;

---

[1] Any capitalized term not defined herein shall have the meaning ascribed to it in the Stipulation.

1306433.1    ORDER

2. The Defendant's response deadline to the Complaint is extended from January 21, 2021 through and including February 22, 2021.

###

Date: January 20, 2021

Neil W. Bason
United States Bankruptcy Judge