**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Special Counsel for Chapter 7 Trustee
Wesley H. Avery

FILED & ENTERED

MAR 05 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>PHILIP JAMES LAYFIELD,<br><br>  Debtor. | Case No. 2:18-bk-15829-NB<br><br>Chapter 7 |
| WESLEY H. AVERY, Chapter 7 Trustee for the estate of PHILIP JAMES LAYFIELD,<br><br>  Plaintiff,<br><br>  v.<br><br>JEANA KEOUGH,<br><br>  Defendant. | Adv. 2:20-ap-01688-NB<br><br>**ORDER APPROVING STIPULATION TO DISMISS ADVERSARY PROCEEDING** |

The Court having reviewed and considered the Stipulation to Dismiss Adversary Proceeding filed March 4, 2021 as Docket #11 ("Stipulation")[1], and for good cause shown,

**IT IS ORDERED**:

1.    The Stipulation is approved;

---

[1] Any capitalized terms not expressly defined herein shall have the meaning ascribed to them in the Stipulation.

1315155.1    ORDER

1     2.    Pursuant to Rule 41 of the Federal Rules of Civil Procedure, made applicable herein by Rule 7041 of the Federal Rules of Bankruptcy Procedure, the Complaint filed in this Adversary Proceeding is dismissed and this Adversary Proceeding is closed.  The Stipulation is to be used solely for the purpose of dismissing the Complaint and not for any other purpose whatsoever.  The Stipulation shall not be deemed an adjudication on the merits; and

    3.    The Parties shall bear their own fees and costs incurred in the Adversary Proceeding.

###

Date: March 5, 2021

Neil W. Bason
United States Bankruptcy Judge

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002